OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** March 3, 2022  **Time:** 25 minutes  **Judge:** EDWARD M. CHEN
**Case No.**: <u>21-cv-08017-EMC</u>  **Case Name:** Al-Ahmed v. Twitter, Inc.

**Attorney for Plaintiff:** Randy Kleiman
**Attorneys for Defendant:** Benjamin Berkowitz and Rylee Ohm

**Deputy Clerk:** Vicky Ayala  **Zoom Webinar Time:** 2:45-3:10

PROCEEDINGS

Motion to Dismiss - held

SUMMARY

Parties stated appearances.

Matter taken under submission.