KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
KHARI J. TILLERY - # 215669
ktillery@keker.com
ANJALI SRINIVASAN - # 304413
asrinivasan@keker.com
RYLEE KERCHER OLM - # 318550
rolm@keker.com
YENA LEE - # 332190
ylee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALI AL-AHMED,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC.; ALI HAMAD A ALZABARAH; and AHMAD ABOUAMMO,<br><br>Defendants. | Case No. 3:21-cv-08017-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Dept.:   Courtroom 5 – 17th Floor<br>Judge:   Hon. Edward M. Chen<br><br>Date Filed:   October 13, 2021<br>Trial Date:   None Set |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Ali Al-Ahmed and Defendant Twitter, Inc. ("Twitter"), by and through their respective counsel of record, hereby jointly stipulate as follows:

WHEREAS, on October 13, 2021, Plaintiff filed his Complaint in this action against Defendants Twitter, Ali Alzabarah, and Ahmad Abouammo;

WHEREAS, Defendants Ali Alzabarah and Ahmad Abouammo have not yet entered appearances in this action;

WHEREAS, on December 20, 2021, Defendant Twitter moved to dismiss Plaintiff's Complaint;

WHEREAS, on January 25, 2022, this Court ordered that the Initial Case Management Conference shall be continued to the first available date following a ruling on Twitter's Motion to Dismiss (Dkt. No. 34);

WHEREAS, Twitter's Motion to Dismiss was heard by this Court on March 3, 2022 (Dkt. No. 42), and no ruling has yet issued;

WHEREAS, an Initial Case Management Conference is scheduled for April 19, 2022;

WHEREAS, counsel for Plaintiff and Twitter have conferred and agreed that continuing the Initial Case Management Conference to the first available date following a ruling on Twitter's motion would advance judicial economy and conserve judicial resources;

WHEREAS, the stipulated extension of time would not have any effect on any other date or deadline set by the Court;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE as follows:

The Initial Case Management Conference shall be continued to the first available date following a ruling on Twitter's Motion to Dismiss.

IT IS SO STIPULATED.

Dated: April 5, 2022                              KEKER, VAN NEST & PETERS LLP

                                    By:  */s/ Anjali Srinivasan*
                                         BENJAMIN BERKOWITZ
                                         KHARI J. TILLERY
                                         ANJALI SRINIVASAN
                                         RYLEE KERCHER OLM
                                         YENA LEE

                                         Attorneys for Defendant TWITTER, INC.

Dated: April 5, 2022                              GERSTMAN SCHWARTZ LLP

                                    By:  */s/ Randy E. Kleinman*
                                         RANDY E. KLEINMAN

                                         Attorneys for Plaintiff ALI AL-AHMED

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: April 5, 2022                    */s/ Anjali Srinivasan*
                                        Anjali Srinivasan

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

The Initial Case Management Conference shall be continued to the first available date following a ruling on Twitter's Motion to Dismiss.

Dated: _____

                                        HON. EDWARD M. CHEN
                                        UNITED STATES DISTRICT COURT