KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
KHARI J. TILLERY - # 215669
ktillery@keker.com
ANJALI SRINIVASAN - # 304413
asrinivasan@keker.com
RYLEE KERCHER OLM - # 318550
rolm@keker.com
YENA LEE - # 332190
ylee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALI AL-AHMED,<br><br>          Plaintiff,<br><br>     v.<br><br>TWITTER, INC.; ALI HAMAD A ALZABARAH; and AHMAD ABOUAMMO,<br><br>          Defendants. | Case No. 3:21-cv-08017-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ADDITIONAL PAGES RELATING TO TWITTER'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Dept.:   Courtroom 5 – 17th Floor<br>Judge:  Hon. Edward M. Chen<br><br>Date Filed:   October 13, 2021<br>Trial Date:   None Set |

STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES AND ADDITIONAL PAGES
RELATING TO TWITTER'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT
Case No. 3:21-cv-08017-EMC

1880768

Pursuant to Civil Local Rules 7-11 and 7-12, Plaintiff ALI AL-AHMED and Defendant TWITTER, INC. ("Twitter") (collectively, "the Parties"), by and through their respective counsel of record, hereby jointly stipulate as follows:

WHEREAS, on October 13, 2021, Plaintiff filed his Complaint in this action alleging twelve causes of action against Twitter;

WHEREAS, on December 10, 2021, at the Parties' request, the Court granted the following page limit extensions:

- Twitter's Motion to Dismiss: 7 additional pages
- Plaintiff's Opposition: 7 additional pages
- Twitter's Reply: 2 additional pages

WHEREAS, on May 20, 2022, the Court granted Twitter's Motion to Dismiss without prejudice;

WHEREAS, on June 20, 2022, Plaintiff filed his First Amended Complaint in this action alleging four additional new causes of action against Twitter, for a total of sixteen causes of action against Twitter;

WHEREAS, Twitter intends to file a Notice of Motion and Motion to Dismiss Plaintiff's First Amended Complaint on August 19, 2022;

WHEREAS, the Parties have additionally conferred and agreed that, due to the number of causes of action alleged against Twitter in the First Amended Complaint and the number of issues Twitter intends to present in its Motion to Dismiss, the Parties respectfully request additional pages for their briefs beyond the page limits imposed by Civil Local Rule 7-3.  The parties respectfully request the following:

- Twitter's Motion to Dismiss: 10 additional pages;
- Plaintiff's Opposition: 10 additional pages; and
- Twitter's Reply: 5 additional pages.

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

- Twitter shall be permitted 10 additional pages for its Notice of Motion and Motion to Dismiss, for a total of 35 pages;

1
STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES AND ADDITIONAL PAGES RELATING TO TWITTER'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT
Case No. 3:21-cv-08017-EMC

1880768

- Plaintiff shall be permitted 10 additional pages for his Opposition to Twitter's Motion to Dismiss, for a total of 35 pages; and
- Twitter shall be permitted 5 additional pages for its Reply in Support of its Motion to Dismiss, for a total of 20 pages.

**IT IS SO STIPULATED.**

Dated:  August 11, 2022                                         KEKER, VAN NEST & PETERS LLP

                                                By:     */s/ Benjamin Berkowitz*
                                                        BENJAMIN BERKOWITZ
                                                        KHARI J. TILLERY
                                                        ANJALI SRINIVASAN
                                                        RYLEE KERCHER OLM
                                                        YENA LEE

                                                Attorneys for Defendant TWITTER, INC.

Dated:  August 11, 2022                                         GERSTMAN SCHWARTZ, LLP

                                                By:     */s/ Randy Kleinman*
                                                        RANDY E. KLEINMAN

                                                Attorneys for Plaintiff ALI AL-AHMED

### ATTESTATION

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  August 11, 2022                                         */s/ Benjamin Berkowitz*
                                                                BENJAMIN BERKOWITZ

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                                                        _____
                                                        HON. EDWARD M. CHEN

2
STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES AND ADDITIONAL PAGES
RELATING TO TWITTER'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT
Case No. 3:21-cv-08017-EMC

1880768