KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
KHARI J. TILLERY - # 215669
ktillery@keker.com
ANJALI SRINIVASAN - # 304413
asrinivasan@keker.com
RYLEE KERCHER OLM - # 318550
rolm@keker.com
YENA LEE - # 332190
ylee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALI AL-AHMED,<br><br>  Plaintiff,<br><br>  v.<br><br>TWITTER, INC.; ALI HAMAD A ALZABARAH; and AHMAD ABOUAMMO,<br><br>  Defendants. | Case No. 3:21-cv-08017-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Dept.:   Courtroom 5 – 17th Floor<br>Judge:   Hon. Edward M. Chen<br><br>Date Filed:   October 13, 2021<br>Trial Date:   None Set |

Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, Plaintiff Ali Al-Ahmed and Defendant Twitter, Inc. ("Twitter") (collectively, "the Parties"), by and through their respective counsel of record, hereby jointly stipulate as follows:

WHEREAS, pursuant to the October 7, 2022 notice by the Court clerk (Docket No. 65), the hearing as to Twitter's Motion to Dismiss Plaintiff's First Amended Complaint (the "Hearing") was reset from October 20, 2022 at 1:30 p.m. to October 26, 2022 at 3:30 p.m.;

WHEREAS, to accommodate the availability of counsel for Twitter, Twitter has requested that the Hearing be continued, and the parties have conferred and have agreed to continue the Hearing to November 17, 2022 at 1:30 p.m., subject to the Court's availability;

WHEREAS, the stipulated continuation would not have any effect on any other date or deadline set by the Court;

NOW, THEREFORE, THE PARTIES STIPULATE AND JOINTLY REQUEST AS FOLLOWS:

The Hearing relating to Twitter's Motion to Dismiss Plaintiff's First Amended Complaint is continued from October 26, 2022 at 3:30 p.m. to November 17, 2022 at 1:30 p.m., subject to the Court's availability.

**IT IS SO STIPULATED AND REQUESTED.**

Dated: October 19, 2022                                KEKER, VAN NEST & PETERS LLP

By: /s/ Anjali Srinivasan
BENJAMIN BERKOWITZ
KHARI J. TILLERY
ANJALI SRINIVASAN
RYLEE KERCHER OLM
YENA LEE

Attorneys for Defendant TWITTER, INC.

Dated: October 19, 2022                                GERSTMAN SCHWARTZ, LLP

By: /s/ Randy E. Kleinman
RANDY E. KLEINMAN

Attorney for Plaintiff ALI AL-AHMED

1

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT
Case No. 3:21-cv-08017-EMC

1934846

**ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  October 19, 2022                              */s/ Anjali Srinivasan*
                                                                    ANJALI SRINIVASAN

2
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR DEFENDANT'S MOTION
TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT
Case No. 3:21-cv-08017-EMC

1934846

**[PROPOSED]  ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:**

The Hearing relating to Twitter's Motion to Dismiss Plaintiff's First Amended Complaint is continued from October 26, 2022 at 3:30 p.m. to November 17, 2022 at 1:30 p.m.

Dated:  October 19, 2022

_____
HON. EDWARD M. CHEN

3

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR DEFENDANT'S MOTION
TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT
Case No. 3:21-cv-08017-EMC

1934846