UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI AL-AHMED, <br>           Plaintiff, <br>     v. <br> TWITTER, INC., et al., <br>           Defendants. | Case No. 21-cv-08017-EMC <br><br> **ORDER TO SHOW CAUSE** |

The Court hereby orders Plaintiff Ali Al-Ahmed to show cause as to why this case should not be dismissed for failure to timely file an amended complaint. The response to the order to show cause shall be filed by **March 13, 2023**. Plaintiff is advised that, if a timely response is not filed, the Court shall grant Defendant Twitter Inc.'s motion to dismiss the case with prejudice and close the file. *See* Docket No. 72.

**IT IS SO ORDERED**.

Dated: March 3, 2023

_____
EDWARD M. CHEN
United States District Judge